```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        1:20-CV-0779(PGG)
------------------------------
ZEV YOURMAN,
            PLAINTIFF,                Letter to Court
       -against-
METROPOLITAN TRANSPORTATION           copy to Defendants:
AUTHORITY, et al.,                    Metropolitan Transportation
            DEFENDANTS.               Authority, 2 Broadway, NY,NY
------------------------------        10004
```

TO: HON. PAUL G. GARDEPHE, United States District Judge:
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Dear Honorable Judge Gardephe,

1.) I Zev Yourman am the Plaintiff Pro Se in this action. I am not an attorney and I have never been to law school.

2.) The contents herein are true to the best of my knowledge, except that which is upon knowledge and belief, and are not frivolous, upon penalty of perjury.

3.) This letter is a respectful request that the proceedings in this litigation be temporarily put on hold/stayed.

4.) I ask this request for the following reasons:

5.) I have been locked down under severe conditions, since the beginning of this pandemic, due to government directives and health concerns, with little contact with the outside world.

6.) During this time I have had no access to my business or legal mail.

7.) Further compounding this uncomfortable situation is that during this time, I have had no access to a computer, and my ability to telecommunicate has been stifled.

8.) This is due to the following unfortunate situation.

9.) Approximately on or about late 2018 the Verizon telecommunications system was damaged in my neighborhood causing outage to many in my area.

10.) Verizon was unsuccessful in restoring my service and caused damage to my apartment in the process. The New York Attorney General suggested I take legal action against Verizon. See Zev Yourman v. Verizon et al. United States District Court, Eastern District of New York. The Verizon case has stalled due to the pandemic.

11.) Due to my confinement, and in relationship to all the above paragraphs, I am incapable of participating in this Court action at this time, even though my grievances against the Defendants remain.

12.) WHEREFORE: This Plaintiff respectfully requests that this Court place this case on hold/stayed until society returns to normal and the courthouse is fully open to the public.

Yours etc.,

Zev Yourman   September 2, 2020
Plaintiff Pro Se
1274 49th Street
#525
Brooklyn, NY
11219

AFTER 3 HAND DELIVERY ATTEMPTS (REFUSED)

bopic Prossypnlta

PROOF OF MAILING

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

New York, NY 10004                OFFICIAL USE

Certified Mail Fee   $3.60                          0307
                                                     02
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)      $ $0.00     APR 28 2021
  ☐ Return Receipt (electronic)    $ $0.00        Postmark
  ☐ Certified Mail Restricted Delivery $ $0.00     Here
  ☐ Adult Signature Required       $ $0.00    235 BROOKLYN
  ☐ Adult Signature Restricted Delivery $

Postage  $0.55                                 04/28/2021
Total Postage and Fees
         $4.15

Sent To  MTA - LEGAL DEPT
Street and Apt. No., or PO Box No.
         2 BROADWAY
City, State, ZIP+4®
         NY, NY 10004

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions
```

7020 1290 0002 0417 4706

FROM: ZEV YOURMAN
PLAINTIFF PRO SE
1374 49th STREET
#535
BROOKLYN, NY
11219

TO: HON. JUDGE PAUL G. GARDEPHE
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE, ROOM 2204
NY, NY
10007

7020 1290 0002 0417 4690

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY
11235
MAY 03, 21
AMOUNT
$4.15
R2305K135371-20

10007